FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

NOV 2 0 2019

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL NO. 19-4282 MV |
| vs. | ) Count 1: 21 U.S.C. §§ 841(a)(1) and (b)(1)(C): Possession with Intent to Distribute Fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide); |
| **HECTOR GARCIA-SALAS,** | ) |
| Defendant. | ) Count 2: 21 U.S.C. §§ 841(a)(1) and (b)(1)(C): Possession with Intent to Distribute Cocaine. |

## INDICTMENT

The Grand Jury charges:

### Count 1

On or about October 23, 2019, in Bernalillo County, in the District of New Mexico, the defendant, **HECTOR GARCIA-SALAS**, unlawfully, knowingly, and intentionally possessed with intent to distribute a controlled substance, and the offense involved a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide).

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

### Count 2

On or about October 23, 2019, in Bernalillo County, in the District of New Mexico, the defendant, **HECTOR GARCIA-SALAS**, unlawfully, knowingly, and intentionally possessed with intent to distribute a controlled substance, and the offense involved a mixture and substance containing a detectable amount of cocaine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney

